U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 2 8 2005

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **FRANK'S CASING CREW & RENTAL TOOLS, INC.** | **CIVIL ACTION NO. 05-0261** |
| VS. | **MAGISTRATE JUDGE METHVIN** |
| **DAVID L. SIPOS VERMILION RIVER TOOL & EQUIPMENT CO.** | **BY CONSENT OF THE PARTIES** |

## JUDGMENT

For the reasons set forth in the Memorandum Ruling dated June 28, 2005,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of defendants, David L. Sipos and Vermilion River Tool & Equipment Company, and against plaintiff, Frank's Casing Crew and Rental Tools, Inc., on plaintiff's claims under the Lanham Act, 15 U.S.C. §1111, *et seq.*, and that this case is, therefore, **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the Clerk **FAX** a copy of the Memorandum Ruling dated June 28th, 2005, and this Judgment, to all counsel of record.

Signed at Lafayette, Louisiana on June 28th, 2005.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

COPY SENT
DATE 6-28-05
BY CW
TO mem
Via fax: Matthews
Abell
Edwards
Thornton